## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA

                                    Plaintiff-Appellee

                    v.                                    Docket No. 13-6864

Antwaine Lamar McCoy

                                    Defendant-Appellant

## <u>MOTION FOR EXTENSION OF TIME TO FILE BRIEFING</u>

The undersigned hereby moves under Federal Rule of Appellate Procedure 26(b) for a 30 day extension of time for appellant to file the opening brief in the above captioned appeal.   Due to the practical delays and difficulties of initiating the representation of an incarcerated client, and the significance of the issue identified by the certificate of appealability issued by this Court, the undersigned submits that a 30 day briefing extension would improve this Court's consideration of this appeal and further the interests of the justice.

Counsel for the United States of America has been informed of the intended filing and has consented to the granting of the motion.

                                    Respectfully submitted,

_____

David D. Metcalf
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 662-5612
Counsel for Plaintiff-Appellant

May 4, 2014