## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff-Appellee | |
| v. | Docket No. 13-6864 |
| Antwaine Lamar McCoy | |
| Defendant-Appellant | |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEFING

The undersigned hereby moves under Federal Rule of Appellate Procedure 26(b) for a 10 day extension of time for appellant to file the opening brief in the above captioned appeal. Given an unexpected delay of exchanging and discussing the opening brief with the defendant-appellant, who has limited means of communication while incarcerated, the undersigned submits that a 10 day briefing extension would improve this Court's consideration of this appeal and further the interests of the justice.

Counsel for the United States of America has been informed of the intended filing and has consented to the granting of the motion.

Respectfully submitted,

                                                                                                                         _____

David D. Metcalf  
Covington & Burling LLP  
1201 Pennsylvania Avenue, NW  
Washington, D.C. 20004  
(202) 662-6000  
Counsel for Defendant-Appellant

June 18, 2014